CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 2 4 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 4:06-cr-00048-1** |
| | ) | |
| **v.** | ) | **§ 2255 ORDER** |
| | ) | |
| **WILLIE FRENO PRICE,** | ) | **By:   Hon. Jackson L. Kiser** |
| Petitioner. | ) | **Senior United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for voluntary dismissal is **GRANTED**; this matter is **DISMISSED**

**without prejudice**; all remaining motions are **DENIED**; and this action is **STRICKEN** from the

active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying

memorandum opinion to the petitioner.

**ENTER**: This _____ day of January, 2011.

Senior United States District Judge